**Order entered January 6, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00508-CR

**COLIN TYLER WOMACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82490-2021**

## ORDER

The State's motion for extension of time to file its brief is **GRANTED**, and

we **ORDER** the brief received January 4, 2023, **FILED** as of the date of this order.

/s/    DENNISE GARCIA
        JUSTICE